UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-06-0193-DFL |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JASON ERNEST LABORIN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JASON ERNEST LABORIN__ , Case No.

__CR.S-06-0193-DFL__ , Charge __18USC § 922(g)(1) - Felon in Possession of a Firearm__ , from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

     __   __   Release on Personal Recognizance

     __✓__   Bail Posted in the Sum of $ _100,000.00_
                               _w/in three weeks_

     __   __   Unsecured Appearance Bond

     __   __   Appearance Bond with 10% Deposit

     __   __   Appearance Bond with Surety

     __   __   Corporate Surety Bail Bond

     __✓__   (Other)     __Pretrial Conditions as stated on the record__

FILED
MAY 1 2 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

         Issued at _Sacramento, CA_ on _May 12, 2006_ at _2:00 pm_ .

                                      By   /s/ Gregory G. Hollows
                                                  Gregory G. Hollows
                                                  United States Magistrate Judge

Copy 5 - Court