**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

OK/HAV

Attorney for Defendant
Jason Ernest Laborin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JASON ERNEST LABORIN<br><br>  Defendant | Case No.: Cr.S-06-0193-DFL<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  December 14, 2006<br>TIME:  10:00 a.m.<br><br>Hon. David F. Levi |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from December 14, 2006 to February 8, 2007 at 10:00 a.m. This continuance is requested because defendant's counsel needs additional time to review discovery, obtain necessary records, and conduct investigation.  In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 5, 2006 through January 23, 2007, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: December 11, 2006,     Respectfully submitted,

/s/ Heiko P. Coppola[1]
HEIKO P. COPPOLA
Assistant U.S. Attorney

Dated: December 11, 2006     /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Jason Ernest Laborin

**IT IS SO ORDERED.**

Dated: December 11, 2006     /s/ David F. Levi
HON. David F. Levi
U.S. District Judge

---

[1] Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.