**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

OK/HAV

Attorney for Defendant
Jason Ernest Laborin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ERNEST LABORIN<br><br>Defendant | Case No.: Cr.S-06-0193-DFL<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: February 8, 2006<br>TIME: 10:00 a.m.<br><br>Hon. David F. Levi |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from February 8, 2007 to March 1, 2007 and 10:00 a.m[1]. This continuance is necessary to allow Defendant's counsel additional time to advise Defendant of the ramifications of his plea agreement.  For this reason, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from February 8, 2007

---

[1] The parties have been advised by this Court's Clerk that March 1, 2007 at 10:00 a.m. is an available date and time for a status conference and cop on this matter.

through March 1, 2007 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: February 6, 2007,        Respectfully submitted,

                                            /s/ Heiko P. Coppola[2]
                                            HEIKO P. COPPOLA
                                            Assistant United States Attorney

Dated: February 6, 2007        /s/ Johnny L. Griffin, III
                                            JOHNNY L. GRIFFIN, III
                                            Attorney for Defendant
                                            Jason Ernest Laborin

**IT IS SO ORDERED.**

Dated:  02/07/2007        /s/ David F. Levi
                                            HON. DAVID F. LEVI
                                            United States District Judge

---

[2] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.