**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Jason Ernest Laborin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-06-0193-DLJ |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| JASON ERNEST LABORIN | DATE: July 12, 2007 |
| Defendant | TIME: 9:00 a.m. |
| | Hon. D. Lowell Jensen |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and agree to continue Judgment and Sentencing in the above captioned case from July 12, 2007 to August 14, 2007 at 9:00 a.m.[1] This continuance is requested because counsel for Defendant was in a five-week first-degree Special Circumstance murder trial and therefore unavailable to assist in the preparation of Defendant's probation report.

---

[1] The parties have been advised by this Court's Clerk August 14, 2007 at 9:00 a.m. is an available date and time for Judgment and Sentencing.

The parties have agreed to the following modified PSR schedule:[2]

| | |
|---|---|
| Judgment and Sentencing Date | August 14, 2007 at 9:00 a.m. |
| Reply or Statement of Non-Opposition | August 7, 2007 |
| Motion for Correction of PSR | July 31, 2007 |
| PSR filed with the Court and Disclosed to Counsel | July 24, 2007 |
| Counsel's written Objection to PSR | July 17, 2007 |
| Proposed PSR | July 10, 2007 |

Dated: May 30, 2007,   Respectfully submitted,

/s/ Heiko P. Coppola[3]
HEIKO P. COPPOLA
Assistant U.S. Attorney

Dated: May 30, 2007   /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Jason Ernest Laborin

**IT IS SO ORDERED.**

Dated: June 1, 2007   /s/ David F. Levi
Hon. David F. Levi
United States District Judge

---

[2] United States Probation Officer Wendy Reyes agrees to the modified PSR schedule.
[3] Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.