**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
JASON ERNEST LABORIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:2:06CR00193-01 |
| Plaintiff, | **ORDER TO RECONVEY PROPERTY** |
| vs. | DATE: April 22, 2008 |
| JASON ERNEST LABORIN | Hon. D. Lowell Jensen |
| Defendant. | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, hereby requests the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release, back to the property owner Adrienne Smith.  As of November 6, 2007, Defendant was sentenced and all charges against him have been terminated.  Accordingly, the property should be reconveyed to Adrienne Smith.

////

////

Ms. Smith's address is as follows: P.O. Box 255064, Sacramento, CA 95865.  The property information is as follows:  (1) Address: 4965 Clear Circle Carmichael, CA  95608. (2) Receipt number: 201 12362 (3) Deed Number Deed No. 0004329911

    Respectfully submitted,

Dated: April 22, 2008            /s/ Johnny L. Griffin, III
                                       JOHNNY L. GRIFFIN, III
                                       Attorney for Defendant
                                       Jason Ernest Laborin

**IT IS SO ORDERED.**

Dated:  April 23, 2008

                                       /s/ D. Lowell Jensen
                                       HON. D. LOWELL JENSEN
                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com