| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Attorney |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JASON LABORIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06-cr-0193-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| | ) | New Date:   October 2, 2014 |
| JASON LABORIN, | ) | Time:            2:00 p.m. |
| | ) | Judge:          Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |

   The United States of America through Assistant U.S. Attorney SHERRY HAUS, and defendant, JASON LABORIN, by and through his counsel, Attorney RACHELLE BARBOUR, submit this stipulation requesting that the preliminary hearing on this matter be continued to Thursday, October 2, 2014 at 2:00 p.m., from the current date of Thursday, September 25, 2014. The defense requires additional time to discuss the matter with Mr. Laborin before proceeding. Mr. Laborin may also retain counsel in this matter.  No Speedy Trial issues apply in this case.

DATED: September 24, 2014               HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Rachelle Barbour*
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for
                                        JASON LABORIN

-1-

DATED: September 24, 2014        BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ Rachelle Barbour for*
                                 SHERRY HAUS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

    IT IS SO ORDERED.

DATED: September 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE