HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON LABORIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 06-0193-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING PRELIMINARY HEARING |
| v. | ) |
| | ) New Date: October 16, 2014 |
| JASON LABORIN, | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |
| | ) |

    The United States of America through Assistant U.S. Attorney SHERRY HAUS, and defendant, JASON LABORIN, by and through his counsel, Attorney RACHELLE BARBOUR, submit this stipulation requesting that the preliminary hearing on this matter be continued to Thursday, October 16, 2014 at 2:00 p.m., from the current date of Thursday, October 2, 2014. The defense requires additional time to discuss the matter with Mr. Laborin before proceeding. Mr. Laborin may also retain counsel in this matter.  No Speedy Trial issues apply in this case.

DATED: October 1, 2014                       HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Rachelle Barbour*
                                             RACHELLE BARBOUR
                                             Assistant Federal Defender
                                             Attorney for
                                             JASON LABORIN

DATED: October 1, 2014         BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Rachelle Barbour for*
                               SHERRY HAUS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

    IT IS SO ORDERED

DATED: October 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE