1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  06-0193-JAM
12 |                     Plaintiff,   | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING**
13 | v.                               |
14 | JASON LABORIN,                   | New Date: 12/12/14
                                        Time: 2:00 p.m.
15 |                     Defendant    | Judge: Hon. Carolyn K. Delaney

16

17                     **STIPULATION**

18   Plaintiff United States of America, by and through its counsel of record, SHERRY D.
19 HARTEL HAUS and defendant, JASON LABORIN, by and through his counsel of record, hereby
20 stipulate that the preliminary hearing on this matter be continued to Friday, December 12, 2014, at
21 2:00 p.m., from the current date of Monday, November 17, 2014.  Ms. Haus currently is in trial, and
22
23 Mr. Ortiz will be attending a hearing in San Benito County.  No Speedy Trial issues apply in this
24 case.
25
26
27
28
                                    1

1

2  IT IS SO STIPULATED.

3

4  DATED:        NOVEMBER 17, 2014

5
/s/ Sherry D. Hartel Haus
6  SHERRY D. HARTEL HAUS
Assistant United States Attorney
7

8  DATED:        NOVEMBER 17, 2014

9
/s/ Jesse Ortiz
10  JESSE ORTIZ
Counsel for Defendant
11

12                          **O R D E R**

13

14      IT IS SO FOUND AND ORDERED this 17 day of NOVEMBER, 2014.

15   **DATED:  NOVEMBER 17, 2014**

16

17                                  KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2